UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY O. LONGSTREET, SR,

                    Plaintiff,

    v.

CLARK COUNTY, *et al.*,

                    Defendants.

Case No. 2:21-cv-02227-JAD-BNW

**ORDER**

       On December 20, 2021, *pro se* plaintiff Anthony Longstreet, a former state prisoner, submitted a civil-rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. ECF Nos. 1-1, 1. Mr. Longstreet moved for leave to file an amended complaint, and the Court granted him that relief. ECF Nos. 3, 6. On April 28, 2022, the Court screened the amended complaint, dismissing Mr. Longstreet's claims without prejudice and with leave to amend by May 26, 2022. ECF No. 6.

       The deadline to amend passed without Mr. Longstreet filing an amended complaint or otherwise responding to the April 28, 2022, order. And the Court's mail was returned as undeliverable on several occasions. ECF Nos. 8, 9, 11. But Mr. Longstreet has since twice updated his address with the Court. ECF Nos. 12, 13. Considering these circumstances, the Court finds that Mr. Longstreet could benefit from a **one-time** extension of the deadline to file an amended complaint.

       **IT IS THEREFORE ORDERED** that the deadline to file an amended complaint consistent with the Court's April 28, 2022, screening order is **extended to August 12, 2022**. The Court will not extend this deadline again absent unusual circumstances. And this action could be subject to dismissal if Mr. Longstreet fails to timely comply with this order.

       DATED: July 12, 2022.

                                                  BRENDA WEKSLER
                                                  UNITED STATES MAGISTRATE JUDGE